**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
ehorne@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAWN FREGOSA, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASHABLE, INC.,<br><br>Defendant. | Case No. 3:25-cv-01094-CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE SURREPLY**<br><br>Date: April 11, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

**~~[PROPOSED]~~ ORDER**

The Court, having considered Plaintiff's Administrative Motion To File Surreply In Opposition To Defendant's Motion To Dismiss The First Amended Complaint, and finding good cause therefore, hereby GRANTS Plaintiff's motion.

Dated: April 1, 2025

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE