**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
ehorne@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAWN FREGOSA, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASHABLE, INC.,<br><br>Defendant. | Case No. 3:25-cv-01094-CRB<br><br>**PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**[1]<br><br>Date: April 11, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

[1] Leave to file granted April 1, 2025 (ECF No. 25).

Defendant contends that Plaintiff's "sole claim boils down to an aiding-and-abetting theory, which the pen register law does not authorize." Reply (ECF No. 20) at 8:19-20. Plaintiff does no such thing. CIPA § 638.51(a) prohibits Defendant from "install[ing] or us[ing] a pen register." This is exactly what Plaintiff alleges: that Defendant installed the Third Party Trackers (*i.e.*, pen registers) on Defendant's Website, which enabled the Third Parties to collect Plaintiff's IP address and other identifying information. *See*, *e.g.*, FAC ¶¶ 2, 4, 27-29, 58, 60, 65, 76, 86. This is not an "aiding and abetting" theory of liability; it is the law's plain text. Nor is Plaintiff's theory a novel admission that changes the "focus" of her allegations. Reply at 9:7-9. Many courts have sustained this exact claim. *See*, *e.g.*, *Mirmalek v. Los Angeles Times Communications LLC*, 2024 WL 5102709, at *5 (N.D. Cal. Dec. 12, 2024) (Breyer, J.) ("Plaintiff asserts that Defendant's alleged CIPA violation injured her by causing Plaintiff's IP address to be disclosed to unconsented-to third parties…") (cleaned up); *see also*, *e.g.*, *Shah v. Fandom, Inc.*, --- F. Supp. 3d ---, 2024 WL 4539577, at *1 (N.D. Cal. Oct. 21, 2024); *Moody v. C2 Educational Systems Inc.*, 742 F. Supp. 3d 1072, 1074-75 (C.D. Cal. 2024).

Relatedly, Defendant claims "that website operators like Mashable have every right to capture the IP addresses (and so-called 'Device Fingerprints') of visitors to their websites" (Reply at 1:13-15 (cleaned up)), and therefore there is no "aiding and abetting" liability. Defendant blurs two unrelated concepts. If *Defendant itself* collects IP addresses through a pen register that *Defendant itself* operates, courts have held that is permissible because "users were directly communicating" with Defendant, "the party alleged to be operating the pen register and voluntarily sent that party their IP address." *Shah*, 2024 WL 54539577, at *5 n.3. But that is *not* what Plaintiff alleges here. Plaintiff alleges that Defendant installed pen registers *operated by third parties*, and said installation caused the *Third Parties* to collect Plaintiff's IP address and other information. *See*, *e.g.*, FAC ¶ 2 ("The Trackers are operated by separate and distinct third parties … Through their respective Trackers, each of the Third Parties collect Website users' internet protocol [] addresses and other device identifier information…"); *Shah*, 2024 WL 54539577, at *5 ("Perhaps Plaintiffs should expect to reveal their IP addresses to the gamespot.com website … But that does not necessarily mean that Plaintiffs should reasonably expect to have Trackers installed that send their IP addresses to third parties every time Plaintiffs visit gamespot.com.").

Dated: March 31, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
ehorne@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiff*