James G. Snell (CA State Bar No. 173070)
JSnell@perkinscoie.com
Timothy M. Carter (CA State Bar 335212)
TCarter@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

Mikella M. Hurley (Admitted *pro hac vice*)
MHurley@perkinscoie.com
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Attorneys for Defendant MASHABLE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DAWN FREGOSA, individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

MASHABLE, INC.,

Defendant.

Case No. 3:25-CV-01094-CRB

[Removed from the Alameda County Superior Court, Case No. 24cv103566]

**DEFENDANT MASHABLE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

DATE: August 8, 2025
TIME: 10:00 a.m.
CTRM: 6, 17th Floor

Complaint Filed: December 17, 2024
Action Removed: February 3, 2025

**REQUEST FOR JUDICIAL NOTICE**

Defendant Mashable, Inc. ("Defendant"), through its attorneys of record, hereby requests the Court take judicial notice pursuant to Federal Rule of Evidence 201(b) of the following documents:

- **Exhibit A** is a true and correct copy of the order filed on January 27, 2025 in *Sanchez v. Cars.com Inc.*, No. 24STCV13201, 2025 WL 487194 (Cal. Super. Jan. 27, 2025)
- **Exhibit B** is a true and correct copy of the order filed on October 2, 2024 in *Rodriguez v. Plivo Inc.*, No. 24STCV08972, 2024 WL 5184413 (Cal. Super. Oct. 2, 2024).
- **Exhibit C** is a true and correct copy of the order filed on September 9, 2024 in *Casillas v. Transitions Optical, Inc.*, No. 23STCV30742, 2024 WL 4873370 (Cal. Super. Sep. 9, 2024).
- **Exhibit D** is a true and correct copy of the order filed on March 13, 2024 in *Licea v. Hickory Farms LLC*, No. 23STCV26148, 2024 WL 1698147 (Cal. Super. Mar. 13, 2024).

The Court may take judicial notice of adjudicative facts not subject to reasonable dispute when the facts are: (1) generally known within the trial court's jurisdiction; or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Under Rule 201, the Court may take judicial notice of "matters of public records," including court proceedings and opinions of another court. *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) ("A court may take judicial notice of 'matters of public record' without converting a motion to dismiss into a motion for summary judgment.").

Exhibits A, B, C, and D are matters of public record because they are filed court documents. This Court may take judicial notice of the opinions of other courts. *See Lee*, 250 F.3d at 690 ("matters of public records" include the opinions of another court).

**CONCLUSION**

For the foregoing reasons, Mashable respectfully requests that the Court take judicial notice of Exhibits A, B, C, and D filed in support of its Motion to Dismiss.

Dated: June 4, 2025

Respectfully submitted,

**PERKINS COIE LLP**

By: */s/James G. Snell*
James G. Snell
Mikella M. Hurley
Timothy M. Carter

Attorneys for Defendant MASHABLE, INC.