LOEB & LOEB LLP
LAUREN J. FRIED (SBN 309005)
lfried@loeb.com
TYLER DOWNING (SBN 339537)
tdowning@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
Telephone: +1 310-282-2000
Facsimile: +1 310-282-2200

*Attorneys for Proposed Amicus Curiae News/Media Alliance*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAWN FREGOSA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MASHABLE, INC.,

Defendant.

Case No. 3:25-CV-01094-CRB

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANT MASHABLE INC.'S PETITION FOR INTERLOCUTORY REVIEW UNDER 28 U.S.C. § 1292(b)**

Date: December 19, 2025
Time: 10:00 a.m.
Ctrm: 6, 17th Floor

Complaint Filed: December 17, 2024
Action Removed: February 3, 2025

Proposed *amicus curiae* News/Media Alliance ("N/MA") respectfully moves for leave to appear as *amicus curiae* and to file the proposed brief, attached hereto.

## I. STANDARD FOR MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE*

District courts have "broad discretion" to appoint amicus curiae. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds, Sandin v. Conner*, 515 U.S. 472 (1995). In using the "great liberality" afforded to them, district courts routinely consider amicus briefs where the proposed amici demonstrates their "participation is useful or otherwise desirable to the court." *California v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019); *Woodfin Suite Hotels, LLC v. City of Emeryville*, 2007 WL 81911, at *3 (N.D. Cal. Jan. 8, 2007). Otherwise, "[t]here are no strict prerequisites to qualify as amici." *NetChoice, LLC v. Bonta*, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023).

## II. INTERESTS OF PROPOSED *AMICUS* N/MA

N/MA is a nonprofit organization representing over 2,200 publishers in the United States, ranging from the largest news and magazine publishers to hyperlocal newspapers, and from digital-only outlets to papers who have printed news since the nation's founding. Covering all subject matter and political viewpoints, N/MA's membership accounts for nearly 90 percent of the daily newspaper circulation in the United States, over 500 individual magazine brands, and dozens of digital-only properties. N/MA has a direct and compelling interest in Mashable's request for interlocutory review. News media organizations use their websites to report critical stories, convey timely messages, and otherwise communicate with the country. The recent overwhelming wave of CIPA litigation and the split of authorities among and between district courts in the Ninth Circuit and superior courts within California threatens any publishers maintaining a web presence (a basic prerequisite for participating in the modern media ecosystem) with costs of nuisance litigation and a

fear of exorbitant civil and criminal liability for routine and necessary tools to prevent fraud, protect content, and provide readers with personalized offerings.

The Court's decision on Mashable's 1292(b) petition will have a significant impact on N/MA's members. This case offers a uniquely well-suited vehicle for the Ninth Circuit (or the California Supreme Court if the Ninth Circuit elected to certify the issue to it) to consider the application of CIPA to common internet utilities. A decision by the Ninth Circuit will provide much needed clarification to N/MA members who need guidance regarding the extent to which they can offer their content in California without facing the threat of overwhelming criminal and civil liability.

This submission is based on N/MA's understanding of the business of news and the effect CIPA litigation has had on small and large media companies.

Defendants consent to this motion. Plaintiffs oppose the motion.

## III. CONCLUSION

For the foregoing reasons, N/MA respectfully requests this Court's leave to appear as *amicus curiae* and to deem the proposed *amicus* brief filed.

Dated: November 17, 2025

Respectfully submitted,

LOEB & LOEB LLP
LAUREN J. FRIED
TYLER DOWNING

By: */s/ Lauren J. Fried*
Lauren J. Fried

*Attorneys for Amicus Curiae News/Media Alliance*