MATTHEW A. MACDONALD, SBN 255269
ROMAN A. GIEROK, SBN 361158
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 East 3rd Street, Suite 100
Los Angeles, CA 90013-1952
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: matthew.macdonald@wsgr.com
rgierok@wsgr.com

ALICE C. VADEN (*pro hac vice* pending)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S. State Street, Suite 1000
Salt Lake City, UT 84111
(801) 401-8515
Email: cvaden@wsgr.com

JOHN B. KENNEY (*pro hac vice* pending)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, N.W.
Washington, DC 20006
(202) 973-8800
Email: jkenney@wsgr.com

*Attorneys for amici curiae*
Alliance for Legal Fairness, California Chamber of Commerce, and the California Retailers Association

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DAWN FREGOSA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MASHABLE, INC.,

Defendants.

Case No. 3:25-CV-01094-CRB
[Removed from the Alameda County Superior Court, Case No. 24CV103566]

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF AND SUPPORTING DOCUMENTS OF AMICI CURIAE ALLIANCE FOR LEGAL FAIRNESS, CALIFORNIA CHAMBER OF COMMERCE, AND CALIFORNIA RETAILERS ASSOCIATION IN SUPPORT OF DEFENDANT MASHABLE, INC'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL AND TO STAY PROCEEDINGS**

DATE: December 19, 2025
TIME: 10:00 a.m.
CTRM: 6, 17TH Floor

Complaint Filed: December 17, 2024
Action Removed: February 3, 2025

## NOTICE OF MOTION AND MOTION

NOTICE IS HEREBY GIVEN that on December 19, 2025 , at 10:00 a.m., or as soon thereafter as counsel may be heard, located at 450 Golden Gate Avenue, San Francisco, California 94102, in the courtroom of Judge Charles R. Breyer, Ctrm. 6, proposed *amici curiae* Alliance for Legal Fairness, California Chamber of Commerce, and California Retailers Association will and hereby do move the Court for leave to file an *amici* brief and supporting documents in support of Defendant Mashable, Inc.'s Motion to Certify for Interlocutory Appeal and to Stay Proceedings.

The Alliance for Legal Fairness, California Chamber of Commerce, and California Retailers Association respectfully move for leave to appear as *amici curiae* and to file the proposed brief, request for judicial notice, and accompanying exhibits, attached hereto.

## I. STANDARD FOR MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE*

District courts have "broad discretion" to grant motions for leave to file amici curiae briefs. *Levin Richmond Terminal Corp. v. City of Richmond*, 482 F. Supp. 3d 944, 951 n.1 (N.D. Cal. 2020). This discretion is generally exercised with "great liberality." *Woodfin Suite Hotels, LLC v. City of Emeryville*, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007) (quoting *In re Roxford Foods Litigation*, 790 F.Supp. 987, 997 (E.D.Cal.1991)). "[T]here are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful or otherwise desirable to the court." *Id.* (quoting *In re Roxford Foods Litigation*, 790 F.Supp. 987, 997 (E.D.Cal.1991)). District courts "frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, Ltd. Liab. Co.*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F.Supp.2d 59, 62 (D.D.C. 2003)).

## II. INTERESTS AND IDENTITIES OF *AMICI CURIAE*

Proposed *amicus* Alliance for Legal Fairness is a not-for-profit enterprise that works to encourage economic growth by fostering a fair regulatory environment for technology and privacy

issues at the state level. Proposed *amicus* California Chamber of Commerce ("CalChamber") is a non-profit business association with approximately 12,000 members, both individual and corporate, representing virtually every economic interest in the state of California. While CalChamber represents several of the largest corporations in California, seventy-five percent of its members have 100 or fewer employees. CalChamber acts on behalf of the business community to improve the state's economic and jobs climate by representing business on a broad range of legislative, regulatory, and legal issues. CalChamber often advocates before federal and state courts by filing amicus curiae briefs and letters in cases, like this one, involving issues of paramount concern to the business community. Proposed *amicus* California Retailers Association ("CRA") is a non-profit organization that promotes, preserves and enhances the retail industry in California. The CRA protects the retail industry by taking significant leadership positions in development of public policy and regulatory measures that impact its members and the business climate in the state. It is the only statewide trade association representing all segments of the retail industry including general merchandise, department stores, mass merchandisers, online markets, restaurants, convenience stores, supermarkets and grocery stores, chain drug and specialty retail such as auto, vision, jewelry, hardware and home stores.

Collectively, proposed *amici* share a significant interest in Mashable Inc.'s Motion to Certify for Interlocutory Appeal and to Stay Proceedings. Conflicting court decisions regarding the proper interpretation of CIPA's pen register provisions are having a wide impact on all website operators, leading to intolerable uncertainty over potential liability. From their respective work on this issue, proposed *amici* have unique knowledge of the broader impact of this uncertainty on all website operators in California that will assist the Court in understanding the importance of this issue beyond the parties to this case. Additionally, due to this ongoing and significant impact, proposed *amici* have undertaken an extensive review of the legislative history of regulation of internet privacy and data collection in California.

Defendant consents to this motion and Plaintiff opposes it.

## III. CONCLUSION

For the foregoing reasons, Alliance for Legal Fairness, CalChamber, and the CRA respectfully request that their motion for leave to file a brief of *amici curiae* be granted.

Dated: November 17, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Matthew A. Macdonald* __
Matthew A. Macdonald
E-mail: matthew.macdonald@wsgr.com

Attorney for Proposed *Amici Curiae*
Alliance for Legal Fairness
California Chamber of Commerce
California Retailers Association